UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SEBO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TUSTIN UNIFIED SCHOOL DISTRICT, et al,<br><br>　　　　　Defendant. | CASE NO. 8:19-cv-02224-JLS-ADS<br><br>Assigned for all purposes to Honorable Judge Josephine L. Staton , 10A<br><br>**ORDER TO REMAND REMOVED ACTION** |

All remaining Parties in the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that stipulation, orders as follows: The Parties' stipulation is approved, and Central District of California case number 8:19-cv-02224-JLS-ADS, CHARLES SEBO v. TUSTIN UNIFIED SCHOOL DISTRICT, et al. is hereby remanded to Orange County Superior Court.

　　IT IS SO ORDERED.

　　Dated: January 14, 2020

_____
Honorable Josephine L. Staton
United States District Judge